## Omega Optical, Incorporated
## Balance Sheet
As of December 31, 2009

|  | Dec 31, 09 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Cash | |
|   Citizens - 5920 | 162.23 |
|   Sovereign Bank - 8732 | 687.18 |
|   Wachovia - 0263 | 166.06 |
| Total Cash | 1,015.47 |
| Total Checking/Savings | 1,015.47 |
| **Other Current Assets** | |
|   Inventory | 77,391.00 |
|   Loan Receivable - S. Davis-Sov | 96,032.94 |
|   Loan Receivable S.D. - Int. | 1,597.23 |
|   Loan Receivable - Omega Fndtn. | 13,342.00 |
| Total Other Current Assets | 188,363.17 |
| **Total Current Assets** | 189,378.64 |
| **Fixed Assets** | |
| Depreciable Assets | |
|   Computer Equipment | 700.00 |
|   Equipment | 5,786.94 |
|   Furntiure & Fixtures | 35,591.76 |
|   Leasehold Improvements | 16,400.00 |
| Total Depreciable Assets | 58,478.70 |
| Accumulated Depreciation | |
|   Accum. Depreciation | -44,969.00 |
| Total Accumulated Depreciation | -44,969.00 |
| **Total Fixed Assets** | 13,509.70 |
| **TOTAL ASSETS** | 202,888.34 |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Current Liabilities | |
|   Accounts Payable | |
|     Accounts Payable | 151,843.00 |
| Total Accounts Payable | 151,843.00 |
|   Credit Cards | |
|     Credit Cards | |
|       Dell Financial Services | 3,387.24 |
|     Total Credit Cards | 3,387.24 |
| Total Credit Cards | 3,387.24 |
| **Total Current Liabilities** | 155,230.24 |

## Omega Optical, Incorporated
## Balance Sheet
As of December 31, 2009

|  | Dec 31, 09 |
|---|---:|
| **Long Term Liabilities** | |
| Citizens LOC | 98,200.00 |
| Forward Line LOC Payable | 18,983.13 |
| Merchant Cash & Capital | 7,595.54 |
| Sovereign Bank Loan Payable | 85,000.00 |
| **Total Long Term Liabilities** | 209,778.67 |
| **Total Liabilities** | 365,008.91 |
| **Equity** | |
| Capital Stock | 100.00 |
| Additional Paid In Capital | 9,113.00 |
| Retained Earnings | -25,542.82 |
| Net Income | -145,790.75 |
| **Total Equity** | -162,120.57 |
| **TOTAL LIABILITIES & EQUITY** | 202,888.34 |