B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re    Omega Optical, Inc.    Case No.  11-13036
                  Debtor(s)    Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Cadillac Eyewear<br>7100 Airport Highway<br>Pennsauken, NJ 08109 | Cadillac Eyewear<br>7100 Airport Highway<br>Pennsauken, NJ 08109 | Goods and Inventory | | 1,200.04 |
| Carl Zeiss Vision - BW<br>P.O. Box 503703<br>San Diego, CA 92150 | Carl Zeiss Vision - BW<br>P.O. Box 503703<br>San Diego, CA 92150 | Goods and Inventory | | 9,662.05 |
| Dell Financial Services<br>P.O. Box 5275<br>Carol Stream, IL 60197 | Dell Financial Services<br>P.O. Box 5275<br>Carol Stream, IL 60197 | Printers | | 3,874.74 |
| Forward Line<br>21700 Oxnard Boulevard<br>Suite 1450<br>Woodland Hills, CA 91367 | Forward Line<br>21700 Oxnard Boulevard<br>Suite 1450<br>Woodland Hills, CA 91367 | Loan | | 18,624.20 |
| I Optics, Inc.<br>2 Neil Court<br>Oceanside, NY 11572 | I Optics, Inc.<br>2 Neil Court<br>Oceanside, NY 11572 | Goods and Inventory | | 2,596.90 |
| Jai Kudo<br>8 Industrial Drve<br>Hudson, NH 03051 | Jai Kudo<br>8 Industrial Drve<br>Hudson, NH 03051 | Goods and Inventory | | 1,782.19 |
| Luxottica Group<br>44 Harbor Park Drive<br>Port Washington, NY 11050 | Luxottica Group<br>44 Harbor Park Drive<br>Port Washington, NY 11050 | Goods and Inventory | | 11,829.31 |
| M.J. Optical<br>8838 Washington Circle<br>P.O. Box 3169<br>Omaha, NE 68103 | M.J. Optical<br>8838 Washington Circle<br>P.O. Box 3169<br>Omaha, NE 68103 | Goods and Inventory | | 2,652.17 |
| Marchon Eyewear, Inc.<br>740 Walt Whitman Road<br>P.O. Box 9090<br>Melville, NY 11747 | Marchon Eyewear, Inc.<br>740 Walt Whitman Road<br>P.O. Box 9090<br>Melville, NY 11747 | Goods and Inventory | | 1,430.43 |
| Marcolin Eyewear<br>Department 2063<br>P.O. Box 29661<br>Phoenix, AZ 85038 | Marcolin Eyewear<br>Department 2063<br>P.O. Box 29661<br>Phoenix, AZ 85038 | Goods and Inventory | | 5,460.30 |
| New Millennium Eyewear, Inc.<br>3610 Oceanside Road<br>Oceanside, NY 11572 | New Millennium Eyewear, Inc.<br>3610 Oceanside Road<br>Oceanside, NY 11572 | Goods and Inventory | Disputed | 2,573.84 |

B4 (Official Form 4) (12/07) - Cont.
In re  Omega Optical, Inc.
                    Debtor(s)

Case No.    11-13036

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| OGI Eyewear 3971 Quebec Avenue North Minneapolis, MN 55427 | OGI Eyewear 3971 Quebec Avenue North Minneapolis, MN 55427 | Goods and Inventory | | 1,404.24 |
| Optical Shop International 5877 Rodeo Road Los Angeles, CA 90016 | Optical Shop International 5877 Rodeo Road Los Angeles, CA 90016 | Judgement Goods and Inventory | | 27,496.36 |
| Richemont North America, Inc. 3 Enterprise Drive Suite 300 Shelton, CT 06484 | Richemont North America, Inc. 3 Enterprise Drive Suite 300 Shelton, CT 06484 | Goods and Inventory | | 17,149.87 |
| Safilo Group 801 Jefferson Road Parsippany, NJ 07054 | Safilo Group 801 Jefferson Road Parsippany, NJ 07054 | Judgment entered Goods and Inventory | | 18,565.48 |
| Signature Eyewear 498 North Oak Street Inglewood, CA 90302 | Signature Eyewear 498 North Oak Street Inglewood, CA 90302 | Goods and Inventory | | 1,649.49 |
| Sovereign Bank P.O. Box 12707 Reading, PA 19612 | Sovereign Bank P.O. Box 12707 Reading, PA 19612 | All Assets | Disputed | 80,000.00 (10,000.00 secured) |
| Thor Cheltenham Mall, L.P. 25 West 39th Street New York, NY 10018 | Thor Cheltenham Mall, L.P. 25 West 39th Street New York, NY 10018 | Judgment Landlord - Past due and accelerated rent | Disputed | 932,705.71 |
| Tuscany Eyewear 12960 West State Road 84 Fort Lauderdale, FL 33325 | Tuscany Eyewear 12960 West State Road 84 Fort Lauderdale, FL 33325 | Goods and Inventory | | 2,371.79 |
| Wood Optic Diffusion S.A. 1723 Northwest 82nd Avenue Miami, FL 33126 | Wood Optic Diffusion S.A. 1723 Northwest 82nd Avenue Miami, FL 33126 | Goods and Inventory | | 6,000.00 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    04/27/11            Signature  _____
                                        Steven Davis
                                        President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.