UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                           :     Chapter 11

OMEGA OPTICAL, INC.                             :

      Debtor                                    :     Bankruptcy No. 11-13036

...............................................

ORDER

...............................................

AND NOW, this 27th day of July 2012, for the reasons stated in the accompanying memorandum, it is hereby ordered that the motion of the debtor for the entry of a final decree under Fed. R. Bankr. P. 3022 is denied without prejudice.

_____
BRUCE FOX
United States Bankruptcy Judge

copies to:

Dimitri L. Karapelou, Esq.
1600 Market Street
25th Floor
Philadelphia, Pa 19103

Robert L. Saldutti, Esq.
800 N. Kings Highway
Suite 300
Cherry Hill, NJ 08034

Kevin P. Callahan, Esq.
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107